NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1236

MOVE, INC., NATIONAL ASSOCIATION OF REALTORS,
and NATIONAL ASSOCIATION OF HOME BUILDERS,

Plaintiffs/Counterclaim Defendants-
Appellees,

and

RE/MAX INTERNATIONAL, INC., ADVANCED ACCESS, ENEIGHBORHOODS, LLC,
BRAD KORB, CHRISTY MORRISON, ORANGE COUNTY MULTIPLE LISTING SERVICE,
INC. (doing business as Southern California MLS), KELLER WILLIAMS REALTY, INC.,
NORCAL GOLD, INC. (doing business as RE/MAX Gold, Inc.), GEORGIA MLS, INC.,
METROLIST SERVICES, INC., DELAWARE VALLEY REAL ESTATE INFORMATION
NETWORK, INC. (doing business as TREND), RAPATTONI CORPORATION,
BIRDVIEW.COM, INC. (doing business as Birdview Technologies), DELTA MEDIA GROUP,
INC., FRANK HOWARD ALLEN REALTORS, ALAIN PINEL REALTORS, INC.,
PULTE HOMES, INC., THE RYLAND GROUP, INC., SHEA HOMES, TAYLOR MORRISON,
INC. (formerly known as Taylor Woodrow, Inc.), AVALONBAY COMMUNITIES, INC.,
ESSEX PROPERTY TRUST INC., BRE PROPERTIES, INC., RIVERSTONE RESIDENTIAL
GROUP, LLC, THE FIRST AMERICAN CORPORATION, FIDELITY NATIONAL REAL ESTATE
SOLUTIONS, LLC, IHOMEFINDER, INC., CIS DATA SYSTEMS, INC., DIVERSE SOLUTIONS,
LLC, TREND SOFTWARE, INC. (doing business as PropertyMinder), PAYMON GHAFOURI,
NATIONAL ASSOCIATION OF NEW HOME BUILDERS, and WANISOFT CORPORATION,

Counterclaim Defendants,

v.

REAL ESTATE ALLIANCE LTD.,

Defendant/Counterclaimant-Appellant,

and

EQUIAS TECHNOLOGY DEVELOPMENT LLC,

Defendant/Counterclaimant.

Appeal from the United States District Court for the Central District of California in
case no. 07-CV-2185, Judge George H. King.

ON MOTION

O R D E R

The appellant moves for a 60-day extension of time, until July 6, 2010, for Real Estate Alliance Ltd. to file its opening brief, and a 60-day extension of time, until October 16, 2010, for the appellees, Move, Inc., et al. to file their brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR 26 2010

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Robin L. McGrath, Esq.
Harry Frischer, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 6 2010

JAN HORBALY
CLERK

2010-1236                                    2